189 So.2d 583

**Charles McCRIGHT**

v.

**STATE of Alabama.**

**7 Div. 747.**

Supreme Court of Alabama.

Aug. 25, 1966.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for petitioner.

Arthur Burns, Gadsden, opposed.

LIVINGSTON, Chief Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court reversing a judgment of conviction in McCright v. State, 43 Ala.App. 292, 189 So.2d 581.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.

190 So.2d 920

**Kathy Sue MARSH, pro ami.**

v.

**J. L. WITTMEIER.**

**6 Div. 77.**

Supreme Court of Alabama.

Oct. 13, 1966.

Rogers, Howard, Redden & Mills, Birmingham, for appellant.

Johnson & Randall, Oneonta, and Lange, Simpson, Robinson & Somerville, Birmingham, for appellee.

COLEMAN, Justice.

The plaintiff undertakes to appeal from a judgment of voluntary nonsuit. The judgment entry in the instant case is virtually identical with the judgment entry in Marsh v. Wittmeier, 280 Ala. 172, 190 So.2d 920, wherein the appeal was dismissed for reasons stated in the opinion. For the same reasons, the instant appeal must be dismissed.

Appeal dismissed.

LIVINGSTON, C. J., and GOODWYN and MERRILL, JJ., concur.